754

No. 774. RIESENMAN ET AL. *v.* NESBIT ET AL. May 19, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Carl E. Glock* for petitioners. *Mr. John L. Nesbit* for respondents.

No. 775. WILSON, ADMINISTRATRIX, *v.* LEHIGH VALLEY R. Co. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Israel G. Holender* for petitioner. *Mr. Thomas R. Wheeler* for respondent.

No. 781. LABBEE *v.* THAVENOT STEAMSHIP Co. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence E. Mellen* for petitioner. *Messrs. J. W. Griffin* and *Clarence Bishop Smith* for respondent.

No. 782. INDIANAPOLIS UNION RY. Co. ET AL. *v.* CINCINNATI, INDIANAPOLIS & WESTERN R. Co.; and
No. 783. SAME *v.* SAME. May 19, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph J. Daniels, Joseph S. Graydon,* and *H. N. Quigley* for petitioners. *Messrs. Murray Seasongood, Lester A. Jaffe,* and *F. J. Goebel* for respondent.

No. 784. REIDER *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles W. Middlekauff* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs.*